# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
KIMBERLY PALERMO,

                Plaintiff,                24 **CIVIL** 08671 (JAV)

    -against-                  **JUDGMENT**

JUSLAW LLC, JUSGLOBAL, LLC and BEATRICE O'BRIEN,

                Defendants.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated August 4, 2025, Plaintiff's motion for judgment on the pleadings is GRANTED. Defendants' motion for judgment on the pleadings is DENIED. Judgment entered on Count I of the Complaint in favor of Plaintiff against the Defendants, jointly and severally, in the amount of $240,000, as well as post-judgment interest from the date the Clerk of Court enters judgment until the date of payment by Defendants, at the rate set forth in 28 U.S.C. §1961. The remaining counts of the Complaint are dismissed without prejudice. Accordingly, this case is closed.

**Dated:** New York, New York

      August 4, 2025

                                              **TAMMI M. HELLWIG**
                                                     **Clerk of Court**

                      **BY:**

                                                        **Deputy Clerk**